**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Tami Tarochione<br>v.<br>Commonwealth Edison Company, et al. | Case Number:<br>FILED: MAY 31, 2008<br>08cv3147 mjc<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tami Tarachione

| |
|---|
| NAME (Type or print)<br>Philip W. Collins III |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Philip W. Collins III |
| FIRM<br>Law Offices of Philip W. Collins III |
| STREET ADDRESS<br>940 E. Diehl Road, Suite 110-B |
| CITY/STATE/ZIP<br>Naperville, IL 60563 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>620419 | TELEPHONE NUMBER<br>630-505-1424 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐