## *United States District Court for the Northern District of Illinois*

Case Number: 08CV3147

Assigned/Issued By: DAJ

Judge Name:

Designated Magistrate Judge:

---

### FEE INFORMATION

***Amount Due:***

☐ $350.00  ☐ $39.00  ☐ $5.00

☐ IFP  ☐ No Fee  ☐ Other _____

☐ $455.00

Number of Service Copies _____

Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____

Receipt #: _____

Date Payment Rec'd: _____

Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons

☐ Alias Summons

☐ Third Party Summons

☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

5 Original and 0 copies on 07/07/08 as to NEWBERG PERINI INC,
(Date)
PERINI CORP,STONE&WEBSTER INC,EXELON CORP,COMMONWEALTH EDISON