**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TAMI M. TAROCHIONE, )<br> )<br>             Plaintiff, )<br> )<br>  v. )<br> )<br>COMMONWEALTH EDISON COMPANY, et al. )<br> )<br>             Defendants. ) | Case No. 08 CV 3147<br><br>Assigned Judge: Judge Kennelly<br><br>Designated<br>Magistrate Judge: Judge Denlow |

## MOTION TO DISMISS

NOW COME Defendants, Stone & Webster, Inc., The Shaw Group, Inc., Newberg-Perini, Inc. and Perini Corporation, by and through its attorneys, and move this Court to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction and failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) and, in support thereof, state:

1. Plaintiff's Complaint purports to state a cause of action for sexual discrimination, harassment and retaliation against various Defendants. Attached hereto as Group Exhibit A is a copy of the Notice of the Right to Sue and a copy of the Charge filed with the Equal Employment Opportunity Commission (EEOC).

2. As reflected by the Charge filed with the EEOC, Plaintiff's Complaint is barred as a result of Plaintiff's failure to timely file the Charge with the EEOC.

3. The claims for discrimination, harassment and retaliation fail to state a claim upon which relief can be granted.

4. Defendants, The Shaw Group, Inc. and Perini Corporation, were not named as respondents to the Charge of Discrimination and, the exhibit to the Complaint reflects that Plaintiff has failed to exhaust her administrative remedies and comply

with the procedural requirements of Title VII, therefore the Complaint should be dismissed as to these Defendants.

5. In further support of this Motion, Defendants have filed a Supporting Memorandum of Law, which is adopted and incorporated herein by reference.

WHEREFORE, Defendants, Stone & Webster, Inc., The Shaw Group, Inc., Newberg-Perini, Inc. and Perini Corporation pray that Plaintiff's Complaint be dismissed with prejudice or such other relief as the court deems just and equitable.

    Respectfully submitted,

    Stone & Webster, Inc., The Shaw Group, Inc., Newberg-Perini, Inc. and Perini Corporation


    By:    s/ F. Kevin Murnighan
         One of their attorneys

Michael J. Murray - 6182942
Edmund P. Boland - 0246522
F. Kevin Murnighan - 1960822
CAREY, FILTER, WHITE & BOLAND
33 W. Jackson Blvd., 5th Floor
Chicago, Illinois 60604
(312) 939-4300

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Tami Tarochione
313 Railroad Avenue
Ottawa, IL 61350

From: Chicago District Office
500 West Madison St
Suite 2800
Chicago, IL 60661

CERTIFIED MAIL 7099 3400 0014 4053 7996

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL *(29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-02877 | Donald Marvin, Investigator | (312) 353-8198 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

John P. Rowe,    2-29-08
District Director    *(Date Mailed)*

Enclosures(s)

cc:   NEWBERG PERINI STONE & WEBSTER (VENTURE)



EXHIBIT GROUP A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: <br>☐ FEPA <br>☒ EEOC | Agency(ies) Charge No(s): <br>440-2007-02877 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Tami Tarochione | (815) 434-5706 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 313 Railroad Avenue, Ottawa, IL 61350 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NEWBERG PERINI STONE & WEBSTER (VENTURE) | 15 - 100 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 36400 South Essex Road, Wilmington, IL 60481 | RECEIVED EEOC |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | FEB 12 2007 | |

| Street Address | City, State and ZIP Code |
|---|---|
| | CHICAGO DISTRICT OFC |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-25-2006  Latest: 04-24-2006
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by the above named Respondent as a Laborer at its client's, Exelon, LaSalle Nuclear Power Station. Since on or about February 25, 2006 I was subjected to sexual harassment and harassment by a co-worker that is transgender, in that this individual repeatedly entered the woman's bathroom/locker room while I was changing from work scrubs into personal clothing. On Feb 26-27, 2006, Respondent's Labor Oppimicadion HIR and Project Site Manager threatened me with the loss of my job if I did not keep quiet about the transgender individual. I complained about this to Respondent. I was subsequently subjected to rude sexual comments and inappropriate questions of a sexual nature regarding my co-worker. Beginning on March 3, 2006, I was subjected to criticisms about my work and the Labor Superintendent threatened my continued employment. On or about March 11, 2006, I was notified that I was discharged for insubordination and was replaced by another employee. On or about March 15 or 16, 2006 I contacted Respondent's Site Vice President and reported what had occurred to me. On or about April 11, 2006 I was called by Respondent to report to its client's Braidwood facility. On April 13, 2006, I declined the request to sign a document stating that I would not sue Respondent in return for processing me at my new assignment. I was also informed that the transgender employee who had been harassing me was now working at this facility. On or about April 24, 2006, I was discharged.

I believe I have been discriminated against because of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe that I was retaliated against for complaining about discrimination in violation of Title VII.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2-6-07   *Tami M Tarochione* <br>Date / Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |