IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMI M. TAROCHIONE, ) | |
| ) | Case No. 08 CV 3147 |
| Plaintiff, ) | |
| ) | Assigned Judge: Judge Kennelly |
| v. ) | |
| ) | Designated |
| COMMONWEALTH EDISON COMPANY, et al. ) | Magistrate Judge: Judge Denlow |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Philip W. Collins III                          Tamra Domeyer
      940 E. Diehl Road, Suite 110-B                 Ken Sezer
      Naperville, IL 60563                           Exelon Business Services Company
                                                     10 S. Dearborn St., 48th Floor
                                                     Chicago, IL 60603

On August 5, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly, in the courtroom usually occupied by him in Room 2103, 219 S. Dearborn Street, Chicago, Illinois and then and there present Defendants' Motion to Dismiss and Memorandum of Law in Support of Defendants' Motion to Dismiss, copies of which are attached hereto and herewith served upon you.

                                    STONE & WEBSTER, INC., THE SHAW
                                    GROUP, INC., NEWBERG-PERINI, INC. AND
                                    PERINI CORPORATION

                                    By:   s/ F. Kevin Murnighan
                                          One of their attorneys

Michael J. Murray – ARDC# 6182942
Edmund P. Boland – ARDC# 0246522
F. Kevin Murnighan – ARDC# 1960822
CAREY, FILTER, WHITE & BOLAND
33 W. Jackson Blvd., 5th Floor
Chicago, Illinois 60604
(312) 939-4300

PROOF OF SERVICE E-FILING & MAIL

I, F. Kevin Murnighan, an attorney, certifies that on July 28, 2008, I served this Notice of Motion, Motion to Dismiss and Memorandum of Law in Support of Defendants' Motion to Dismiss, by filing electronically with the Clerk of the Court through ECF and mailing a copy to the above-stated attorneys by first class mail with postage prepaid, on or before the hour of 5:00 p.m.

                                          s/ F. Kevin Murnighan