IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMI TAROCHIONE,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>COMMONWEALTH EDISON COMPANY,  )<br>an Illinois corporation, EXELON )<br>CORPORATION, a Pennsylvania   )<br>corporation, STONE & WEBSTER, INC., a )<br>Louisiana corporation, NEWBERG-PERINI, )<br>INC., and Illinois Corporation, and PERINI )<br>CORPORATION, a Massachusetts  )<br>corporation,                  )<br>                              )<br>     Defendants.             )  | Case No.:  08 CV 3147<br><br>Judge Kennelly<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

To:  Philip W. Collins III                Francis Kevin Murnighan
     Attorney and Counselor at Law        Carey, Filter, White & Boland
     940 E. Diehl Road, Suite 110-B       33 West Jackson Boulevard
     Naperville, Illinois 60563           Fifth Floor
                                          Chicago, IL 60604

   PLEASE TAKE NOTICE that on Tuesday, August 5, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him at the U.S. District Court for the Northern District of Illinois at Room 2103 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present **Defendants' Exelon Corporation's and Commonwealth Edison Company's Motion to Dismiss Complaint**, a copy of which is hereby served upon you via electronic filing.

C125258

                                        Respectfully submitted,

Dated: July 28, 2008           DEFENDANTS EXELON CORPORATION
                                            and COMMONWEALTH EDISON
                                            COMPANY

                                        By:    s/Kent Sezer
                                                    One of its attorneys

Tamra Domeyer (ARDC # 6210379)
Kent Sezer (ARDC #2556359)
EXELON BUSINESS SERVICES COMPANY
10 South Dearborn Street, 49th Floor
Chicago, Illinois 60603
(312) 394-7831
(312) 394-4895 fax

Attorneys For Defendants Exelon Corporation
and Commonwealth Edison Company