## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3147                    Assigned/Issued By: J. N.

Judge Name:                              Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

              ☐ IFP        ☐ No Fee    ☐ Other _____

              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____             Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
                                          *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets             ☐ Other

☐ Writ _____               _____
       *(Type of Writ)*                   _____
                                          *(Type of issuance)*

_1_ Original and _0_ copies on _7-25-08_ as to _THE SHAW GROUP, INC._
                              *(Date)*