IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMI TAROCHIONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.:  08 CV 3147 |
| v. ) | |
| ) | Judge Kennelly |
| COMMONWEALTH EDISONCOMPANY, ) | |
| an Illinois corporation, EXELON ) | Magistrate Judge Denlow |
| CORPORATION, a Pennsylvania ) | |
| corporation, STONE & WEBSTER, INC., a ) | |
| Louisiana corporation, NEWBERG-PERINI, ) | |
| INC., and Illinois Corporation, and PERINI ) | |
| CORPORATION, a Massachusetts ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Defendants Exelon Corporation and Commonwealth Edison Company, pursuant to Rule 3.2 of the Local Rules for the Northern District of Illinois, provide the following Notification of Affiliates Disclosure Statement.

Defendant Exelon Corporation is a publicly traded company.  The following entities claim to own more than 5% of Exelon Corporation's stock:

* Capital Research and Management Company, 333 South Hope Street, Los Angeles, California, 90071; and

* Wellington Management Company, 75 State Street, Boston Massachusetts, 02109

C125255

Defendant Commonwealth Edison Company is a wholly owned subsidiary of Exelon Energy Delivery Company, LLC.  Exelon Energy Delivery Company, LLC, in turn, is a wholly owned subsidiary of Exelon Corporation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 29, 2008 | EXELON CORPORATION and COMMONWEALTH EDISON COMPANY |
|  | By:  s/Kent Sezer_____<br>    One of its attorneys |

Tamra Domeyer (ARCD #6210379)
Kent Sezer (ARDC #2556359)
Exelon Business Services Company
P.O. Box 805379
Chicago, Illinois 60680-5379
(312) 394-8722
(312) 394-4895
Attorneys for Defendants