## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TAMI M. TAROCHIONE, ) | |
| ) | Case No. 08 CV 3147 |
| Plaintiff, ) | |
| ) | Assigned Judge: Judge Kennelly |
| v. ) | |
| ) | Designated |
| COMMONWEALTH EDISON COMPANY, et al. ) | Magistrate Judge: Judge Denlow |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:  Philip W. Collins III                             Tamra Domeyer
     940 E. Diehl Road, Suite 110-B         Kent Sezer
     Naperville, IL 60563                          Exelon Business Services Company
                                                              10 S. Dearborn St., 48th Floor
                                                              Chicago, IL 60603

On August 5, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly, in the courtroom usually occupied by him in Room 2103, 219 S. Dearborn Street, Chicago, Illinois and then and there present Defendants' Motion to file an Amended Motion to Dismiss and Memorandum of Law in Support of Defendants' Amended Motion to Dismiss, copies of which are attached hereto and herewith served upon you.

STONE & WEBSTER, INC., THE SHAW GROUP, INC. and PERINI CORPORATION

By: __s/ F. Kevin Murnighan__
One of their attorneys

Michael J. Murray – ARDC# 6182942
Edmund P. Boland – ARDC# 0246522
F. Kevin Murnighan – ARDC# 1960822
CAREY, FILTER, WHITE & BOLAND
33 W. Jackson Blvd., 5th Floor
Chicago, Illinois 60604
(312) 939-4300

### PROOF OF SERVICE E-FILING & MAIL

I, F. Kevin Murnighan, an attorney, certifies that on July 31, 2008, I served this Notice of Motion, Amended Motion to Dismiss and Memorandum of Law in Support of Defendants' Amended Motion to Dismiss, by filing electronically with the Clerk of the Court through ECF and mailing a copy to the above-stated attorneys by first class mail with postage prepaid, on or before the hour of 5:00 p.m.

    s/ F. Kevin Murnighan