UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAMI M. TAROCHIONE, ) | |
| ) | Case No. 08 CV 3147 |
| Plaintiff, ) | |
| ) | Assigned Judge: Judge Kennelly |
| v. ) | |
| ) | Designated |
| COMMONWEALTH EDISON COMPANY, et al. ) | Magistrate Judge: Judge Denlow |
| ) | |
| Defendants. ) | |

**NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT**

Defendants the Shaw Group, Inc., Perini Corporation and Stone & Webster, Inc., pursuant to Rule 3.2 of the Local Rules for the Northern District of Illinois, provide the following Notification of Affiliates Disclosure Statement.

Defendant Stone & Webster, Inc., is a Louisiana Corporation that is 50% owned by Stone and Webster Holding One, Inc. and 50% owned by Stone and Webster Holding Two, Inc. Stone and Webster Holding One, Inc. is wholly owned by the Shaw Group, Inc. Stone and Webster Holding Two, Inc. is wholly owned by the Shaw Group, Inc. The Shaw Group, Inc. is a publicly traded company. The following entities claim to own more than 5% of the Shaw Group, Inc. stock:

      Marsico Captial Management, L.L.C.
      Tontine Management, L.L.C.
      Fidelity Management & Research

Defendant, Perini Corporation, is a publicly traded company. The following entities and persons claim to own more than 5% of Perini's stock:

>Jeffrey L. Gendell
>State Street Bank and Trust Company
>Mutuelle AXA
>Barclays Global Investors N.A.

Respectfully submitted,

STONE & WEBSTER, INC., THE SHAW GROUP, INC. and PERINI CORPORATION

By: \_\_\_\_/s/ F. Kevin Murnighan
      One of their Attorneys

Michael J. Murray – ARDC# 6182942
Edmund P. Boland – ARDC# 0246522
F. Kevin Murnighan – ARDC# 1960822
CAREY, FILTER, WHITE & BOLAND
33 W. Jackson Blvd., 5th Floor
Chicago, Illinois 60604
(312) 939-4300