UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAMI M. TAROCHIONE,<br><br>        Plaintiff,<br><br>  v.<br><br>COMMONWEALTH EDISON COMPANY, et al.<br><br>        Defendants. | Case No. 08 CV 3147<br><br>Assigned Judge: Judge Kennelly<br><br>Designated<br>Magistrate Judge: Judge Denlow |

**AGREED MOTION OF CERTAIN DEFENDANTS TO WITHDRAW THEIR
AMENDED MOTION TO DISMISS**

NOW COME Defendants, STONE & WEBSTER, INC., THE SHAW GROUP, INC. and PERINI CORPORATION, by and through their attorneys, and request that they be allowed to withdraw their Amended Motion to Dismiss, and in support hereof, state:

1. Defendants previously filed their Amended Motion to Dismiss Plaintiff's initial Complaint. This Court entered an Order denying, in part, the Motion to Dismiss and taking under advisement, in part, Defendants' motion and converted said motion to a Motion for Summary Judgment. Plaintiff filed her Amended Complaint on August 26, 2008 and after reviewing the amended pleading, Defendants request that they be given leave to withdraw their previously filed motion to dismiss without prejudice and without waiving their right to reassert said defense after discovery has been taken and that Defendants be given leave to file their answer to Plaintiff's Complaint.

2. Since there is a pending Motion to Dismiss before the Court filed by Exelon Corporation and Commonwealth Edison (Commonwealth Edison Defendants),

H:\WD\4034\16\AR4335.DOC

that may result in further amendment to the Complaint, Defendants request that they be granted twenty-one (21) days after adjudication of the pending Commonwealth Edison Defendant's Motion to Dismiss to file their answer or, in the alternative, twenty-one (21) days in which to answer Plaintiff's Amended Complaint.

3. Defendants' counsel has contacted Plaintiff's counsel and Plaintiff has no objection to this motion.

WHEREFORE, Defendants, STONE & WEBSTER, INC., THE SHAW GROUP, INC. and PERINI CORPORATION, request that the Court allow Defendants to withdraw their Amended Motion to Dismiss without prejudice, and to allow Defendants an additional twenty-one (21) days in which to answer Plaintiff's Complaint after adjudication of Commonwealth Edison Defendants' Motion to Dismiss, or in the alternative, twenty-one (21) days in which to answer Plaintiff's Amended Complaint, or such other relief as the Court deems just.

Respectfully submitted,

STONE & WEBSTER, INC.,
THE SHAW GROUP, INC. and
PERINI CORPORATION

By:   s/ Michael J. Murray
        One of their Attorneys

Michael J. Murray – ARDC# 6182942
Edmund P. Boland – ARDC# 0246522
F. Kevin Murnighan – ARDC# 1960822
CAREY, FILTER, WHITE & BOLAND
33 W. Jackson Blvd., 5th Floor
Chicago, Illinois 60604
(312) 939-4300

H:\WD\4034\16\AR4335.DOC