## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TAMI M. TAROCHIONE, | ) |
| | ) Case No. 08 CV 3147 |
| Plaintiff, | ) |
| | ) Assigned Judge: Judge Kennelly |
| v. | ) |
| | ) Designated |
| COMMONWEALTH EDISON COMPANY, et al. | ) Magistrate Judge: Judge Denlow |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION

To:   Philip W. Collins III            Kent Sezer
      940 E. Diehl Road, Suite 110-B   Tamra Domeyer
      Naperville, IL 60563             Exelon Business Services Company
                                       10 S. Dearborn St., 48th Floor
                                       Chicago, IL 60603

On September 9, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly, in the courtroom usually occupied by him in Room 2103, 219 S. Dearborn Street, Chicago, Illinois and then and there present Agreed Motion of Certain Defendants to Withdraw Their Amended Motion to Dismiss, a copy of which is attached hereto and herewith served upon you.

STONE & WEBSTER, INC., THE SHAW GROUP, INC. and PERINI CORPORATION

By:   s/ Michael J. Murray
      One of their attorneys

Michael J. Murray – ARDC# 6182942
Edmund P. Boland – ARDC# 0246522
F. Kevin Murnighan – ARDC# 1960822
CAREY, FILTER, WHITE & BOLAND
33 W. Jackson Blvd., 5th Floor
Chicago, Illinois 60604
(312) 939-4300

PROOF OF SERVICE E-FILING & MAIL

I, Michael J. Murray, an attorney, certifies that on September 4, 2008, I served this Notice of Motion and Defendants' Motion for Leave to Withdraw Their Previously Filed Amended Motion to Dismiss and Other Relief, by filing electronically with the Clerk of the Court through ECF and mailing a copy to the above-stated attorneys by first class mail with postage prepaid, on or before the hour of 5:00 p.m.

s/ Michael J. Murray

H:\WD\4034\16\AR4334.DOC