IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TAMI TAROCHIONE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.:  08 CV 3147 |
| ) | |
| **EXELON CORPORATION, a Pennsylvania** ) | **Judge Kennelly** |
| **corporation, individually and d/b/a** ) | |
| **COMMONWEALTH EDISON CO., an** ) | **Magistrate Judge Denlow** |
| **Illinois corporation, EXELON** ) | |
| **GENERATION LLC, a Pennsylvania limited** ) | |
| **liability company, THE SHAW GROUP,** ) | |
| **INC., a Louisiana corporation, d/b/a STONE** ) | |
| **& WEBSTER, INC., a Louisiana** ) | |
| **corporation, PERINI CORPORATION, a** ) | |
| **Massachusetts corporation, d/b/a** ) | |
| **NEWBERG-PERINI, INC., an Illinois** ) | |
| **Corporation, NEWBERG/PERINI-STONE** ) | |
| **& WEBSTER, an Illinois joint venture,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF MOTION

To:   Philip W. Collins III                       Francis Kevin Murnighan
      Attorney and Counselor at Law              Carey, Filter, White & Boland
      940 E. Diehl Road, Suite 110-B             33 West Jackson Boulevard
      Naperville, Illinois 60563                 Fifth Floor
                                                 Chicago, IL 60604


   PLEASE TAKE NOTICE that on Tuesday, September 9, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him at the U.S. District Court for the Northern District of Illinois at Room 2103 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present **Defendants Exelon Corporation and Commonwealth Edison Company's Agreed Motion for Leave to Withdraw a Portion of Their Motion To Dismiss**, a copy of which is hereby served upon you via electronic filing.

C126457

                                 Respectfully submitted,

Dated: September 4, 2008         EXELON CORPORATION and
                                          COMMONWEALTH EDISON COMPANY

                                 By:    s/Kent Sezer
                                          One of its attorneys

Tamra Domeyer (ARDC # 6210379)
Kent Sezer (ARDC #2556359)
EXELON BUSINESS SERVICES COMPANY
10 South Dearborn Street, 49th Floor
Chicago, Illinois 60603
(312) 394-7831
(312) 394-4895 fax

Attorneys For Defendants Exelon Corporation
and Commonwealth Edison Company